SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJAKUMAR VEERUKANNYAN,<br><br>          Plaintiff,<br><br>     v.<br><br>EMILIO T. GONZALEZ, Director of the<br>U.S. Citizenship and Immigration Services;<br>ALBERTO R. GONZALES, as Attorney General<br>of the United States,<br><br>          Defendants. | No. C 06-7674 SC<br><br>**STIPULATION TO EXTEND DATES;<br>and [PROPOSED] ORDER** |

  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

  1. Plaintiff filed this action on or about December 14, 2006. The United States Attorney's Office was not served until February 1, 2007.

  2. Pursuant to this Court's December 14, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on March 16, 2007, and attend a case management conference on March 23, 2007.

  3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C06-7674 SC

| | | |
|---|---|---|
| 1 | Last day for Defendants to file an Answer | April 2, 2007 |
| 2 | Last day to file Joint ADR Certification | April 6, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | April 20, 2007 |
| 4 | Case Management Conference: | April 27, 2007 at 10:00 a.m. |

Dated: February 26, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


           /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: February 26, 2007

           /s/
DANIEL T. HUANG
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   2/28/07

IT IS SO ORDERED
Judge Samuel Conti

Stipulation to Extend Dates
C06-7674 SC                              2