Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJAKUMAR VEERUKANNYAN, individually,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services,<br><br>ALBERTO R. GONZALES, as Attorney General of the United States,<br><br>Defendants. | Case No.: 06-7674 SC<br><br>Agency File Numbers: LIN0514550751; A98 816 629<br><br>**Stipulation to Extend Time and [Proposed] Order** |

Defendants, by and through their attorney of record, and Plaintiff, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

1) Plaintiff should have an additional 30 days to respond to Defendants' Motion to Dismiss.

2) Hearing date on said Motion to Dismiss is reset to June 15, 2007 before this Court.

Respectfully submitted,

Law Office of Daniel Huang

Date: April 6, 2007

DANIEL T. HUANG
Attorney at Law

SCOTT N. SCHOOLS
United States Attorney

Date: April /, 2007

ILA C. DEISS
Assistant United States Attorney

**ORDER** ~~(Proposed)~~

Pursuant to stipulation, IT IS SO ORDERED.

Date:  4/16/07

CASE CONTINUED TO JUNE 8, 2007 AT 10:00 A.M.



SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

Stipulation to Extend Time
CV 06-7674