Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJAKUMAR VEERUKANNYAN, individually, <br><br>Plaintiff, <br><br>v. <br><br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, <br><br>ALBERTO R. GONZALES, as Attorney General of the United States, <br><br>Defendants. | Case No.: 06-7674 SC <br><br>Agency File Numbers: <br>LIN0514550751; A98 816 629 <br><br>**Stipulation to Continue Case Management Conference and** [Proposed] **Order** |

This matter is presently set for a hearing on Defendants' Motion to Dismiss on June 8, 2007 at 10:00 a.m. before this Court. As this matter will likely be resolved on or before June 8, 2007, parties, by and through their respective attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1) The Case Management Conference, presently set for April 27, 2007 at 10:00 a.m., is continued to June 29, 2007 at 10:00 a.m.

Respectfully submitted,

Law Office of Daniel Huang

Date: April 19, 2007

DANIEL T. HUANG
Attorney at Law

SCOTT N. SCHOOLS
United States Attorney

Date: April 19, 2007

ILA C. DEISS
Assistant United States Attorney

**ORDER** (Proposed)

Pursuant to stipulation, IT IS SO ORDERED. Case Management Conference is continued to June 29, 2007 at 10:00 a.m.

Date:  4/20/07



IT IS SO ORDERED
Judge Samuel Conti