| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|  | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|  | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|  | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|  | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
|  | FAX: (415) 436-7169 |
| 7 |  |
|  | Attorneys for Defendants |
| 8 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAJAKUMAR VEERUKANNYAN,           )
                                  ) No. C 06-7674 SC
          Plaintiff,              )
                                  )
     v.                           )
                                  ) **STIPULATION TO VACATE CASE**
EMILIO T. GONZALEZ, Director of the ) **MANAGEMENT CONFERENCE; and**
U.S. Citizenship and Immigration Services; ) [PROPOSED] **ORDER**
ALBERTO R. GONZALES, as Attorney General )
of the United States,             )
                                  )
          Defendants.              )
_____)

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the August 3, 2007 case management conference, in light of the following:

    1. Defendants' Motion to Dismiss this mandamus action, seeking to compel Defendants to adjudicate plaintiff's adjustment of status application, was originally set for June 8, 2007. The hearing date was vacated and the Court set a case management conference for August 3, 2007. The Court has not yet ruled on Defendants' motion to dismiss.

    2. However, on July 2, 2007, the State Department issued an "Update on July Visa Availability" stating that there were no more employment-based visa numbers available for the rest of the fiscal year, attached hereto as Exhibit A.

Stipulation to Vacate Dates
C06-7674 SC

3. The State Department will not be issuing any more employment-based visas until October 2007, and USCIS is unable by statute to adjudicate the application for adjustment of status.

4. Therefore, the parties hereby ask this Court to vacate the August 3, 2007 case management conference and to hold the case in abeyance until visas become available. Within three days of visas becoming available the parties agree to reset the case management conference, subject to the Court's schedule.

Dated: August 1, 2007
/s/
DANIEL T. HUANG
Attorney for Plaintiff

Dated: August 1, 2007
/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/2/07

SAMUEL CONTI
United States District Judge

**A Status Conference is set for December 7, 2007 at 10:00 A.M.        SC**

Stipulation to Vacate Dates
C06-7674 SC                                        2