1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 RAJAKUMAR VEERUKANNYAN,           )
                                     ) No. C 06-7674 SC
13              Plaintiff,           )
                                     )
14         v.                        )
                                     ) **STIPULATION TO DISMISS AND**
15 EMILIO T. GONZALEZ, Director of the ) [PROPOSED] **ORDER**
   U.S. Citizenship and Immigration Services; )
16 ALBERTO R. GONZALES, as Attorney General )
   of the United States,             )
17                                   )
                Defendants.          )
18 _____ )

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Dismiss; and Order
C06-7674 SC                              1

1  Plaintiff, by and through his attorney of record, and Defendant by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

Dated: October 4, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 3, 2007                _____/s/_____
DANIEL T. HUANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   October 5, 2007

SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED* — Judge Samuel Conti

Stipulation to Dismiss; and Order
C06-7674 SC                                2